UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LEWIS CASS and CATHY OLIVUCCI-CASS,
          Plaintiffs,

v.

HOME DEPOT U.S.A. INC.,
          Defendant.
------------------------------------------------------------x
HOME DEPOT U.S.A. INC.,
          Third-Party Plaintiff,

v.

COCA-COLA ENTERPRISES INC. and
LIBERTY COCA-COLA,
          Third-Party Defendants.
------------------------------------------------------------x

**ORDER**

19 CV 5517 (VB)

      The Court conducted a case management conference today, at which counsel for plaintiffs, defendant, and third-party defendants appeared in person.

      Accordingly, it is HEREBY ORDERED:

1. Defendant is granted to leave to file an amended third-party complaint, which shall be filed by March 9, 2020.

2. The next case management conference is scheduled for April 13, 2020, at 9:30 a.m.

3. In accordance with the Court's Individual Practices, counsel shall prepare a proposed Revised Civil Case Discovery Plan and Scheduling Order, which shall be provided to the Court at the April 13 conference.

Dated: February 6, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge