UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LEWIS CASS and CATHY OLIVUCCI-CASS,
        Plaintiffs,

v.

HOME DEPOT U.S.A. INC.,
        Defendant.
--------------------------------------------------------------x
HOME DEPOT U.S.A. INC.,
        Third-Party Plaintiff,

v.

COCA-COLA ENTERPRISES INC. and
LIBERTY COCA-COLA,
        Third-Party Defendants.
--------------------------------------------------------------x



**ORDER**

19 CV 5517 (VB)

On February 27, 2020, the Court granted defendant leave to file an amended third-party complaint by March 9, 2020. (Doc. #34). Defendant attempted to do so, but its filing was deficient and the Clerk rejected it.

Accordingly, is it HEREBY ORDERED:

By March 17, 2020, defendant properly shall file its amended third-party complaint in accordance with the instructions contained in the Clerk's March 10, 2020, notice on the ECF docket.

Dated: March 10, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge